Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898

2010 SEP - 1 AM 8: 53
DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE: WILLIAM ANDERSON | Case No. 03B-26971<br><br>Chapter 13<br><br>Judge Judith A. Boulden |
|---|---|

**DECLARATION OF TRUSTEE**
**REGARDING DEPOSIT OF UNCLAIMED FUNDS**

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as un-deliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| INTERMOUNTAIN CONCRETE SPECIAL<br>564 E 300 S<br>SLC, UT 84102 | $ 720.49 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 720.49 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this _______ day of _______________, 2010

KEVIN R. ANDERSON
Chapter 13 Trustee

3

# CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ________ day of _______________, 2010 to the following parties at the addresses listed below:

WILLIAM ANDERSON
PO BOX 77
ANNABELLA UT 84711

THOMAS D. NEELEMAN, L.C.
1904 WETMORE AVENUE
SUITE 200 EVERETT, WA 98201

______________________________
Employee of Office of
Chapter 13 Trustee

User:KAREN CORDNER File:Claim Mode:Modify ID:KC1 Date

| | | | |
|---|---|---|---|
| 1 Case No | 03B-26971 | 16 Allwd Amount | 2,451.21 |
| 2 Cred No | 159777 | 17 Prin Owed | 720.49 |
| 3 Seq No | 0008 | 18 Prin Paid | 39.39 |
| 4 Type | U-UNSECURED | 19 Prin Due | 720.49 |
| 5 No Cost | | 20 Monthly Pymt | -0- |
| 6 No Check | | 21 Interest Rate | -0- |
| 7 A/P | | 22 Claim No | 10.00 |
| 8 Reserve | | 23 % Allowed | 31.0000 |
| 9 Stop Disb | | 24 Interest Due | -0- |
| 10 Continuing | | 25 Interest Pd | -0- |
| 11 Special | | 26 Amt Schedule | -0- |
| 12 Level | 35 | 27 Coll Value | -0- |
| 13 Comm JUDGMENT 5/20/03 | | 28 POC Amount | 2,451.21 |
| 14 Acct WILLIAM ANDERSON | | 29 Trustee's Percent | -0- |
| 15 Filed Date Jun 17, 2003 | | 30 Months to Calculate | -0- |

T:UNSECURED
D:WILLIAM ANDERSON C:INTERMOUNTAIN CONCRETE SPECIAL
PO BOX 77 RICHARD N. CANNON
C:Tue Dec 02, 2003 COMPLETED (DISBURSE ENTIR B:Wed Aug 27, 2003 Bar Check

0013

claim total amount